UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANE DOE (a pseudonym), | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.:  1:23-CV-11935 |
| | : | |
| JOHN ROE (a pseudonym), | : | |
| MASSACHUSETTS INSTITUTE | : | |
| OF TECHNOLOGY, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of defendants, John Roe (a pseudonym) and

Massachusetts Institute of Technology in the above matter.

Dated:  August 23, 2023

Defendants,

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and JOHN ROE,

*/s/ Daryl J. Lapp*
Daryl J. Lapp, BBO# 554980
daryl.lapp@lockelord.com
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts  02199
617-230-0100

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 23, 2023, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, as follows:

Jane Doe (a pseudonym) – by electronic and first-class mail

/s/ <i>Daryl J. Lapp</i>
Daryl J. Lapp
