UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANE DOE (a pseudonym), | : | |
|     Plaintiff, | : | |
| v. | : | C.A. No.: 1:23-CV-11935 |
| JOHN ROE (a pseudonym),<br>MASSACHUSETTS INSTITUTE<br>OF TECHNOLOGY, | : | |
|     Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT

The defendant Massachusetts Institute of Technology is a nonprofit corporation which has no parent corporation and no stockholders.

August 23, 2023

MASSACHUSETTS INSTITUTE OF TECHNOLOGY and JOHN ROE,

*/s/ Daryl J. Lapp*
Daryl J. Lapp, BBO# 554980
  daryl.lapp@lockelord.com
Samantha M. Vasques (*pro hac vice pending*)
  samantha.vasques@lockelord.com
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199
617-230-0100

## CERTIFICATE OF SERVICE

I certify that on August 23, 2023, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, as follows:

Jane Doe (a pseudonym) – by electronic and first-class mail

*/s/ Daryl J. Lapp*
Daryl J. Lapp

134408737v.1