UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (a pseudonym), | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 1:23-cv-11935-JCB |
| | : |
| JOHN ROE (a pseudonym), | : |
| MASSACHUSETTS INSTITUTE | : |
| OF TECHNOLOGY, | : |
| | : |
| Defendants. | : |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 8(a) and (d), 9(b), 10(a) and (b), and 12(b)(4), defendants Massachusetts Institute of Technology ("MIT") and John Roe (a pseudonym) move for entry of an order dismissing Plaintiff's complaint in its entirety.

Plaintiff formerly was employed by MIT, where Roe worked with her. Plaintiff claims that MIT and Roe discriminated against her and retaliated against her in violation of state and federal law. After initiating two administrative proceedings on those grounds against MIT and Roe, one before the Massachusetts Commission Against Discrimination ("MCAD") and the other before the U.S. Department of Labor ("DOL"), Plaintiff brought this new lawsuit in the Superior Court for Middlesex County, Massachusetts. The complaint contains no specific factual allegations but instead "incorporates by reference" the lengthy pleadings that she filed with the MCAD and DOL.

Defendants removed the case to this Court and now seek dismissal of Plaintiff's complaint in its entirety. As set forth more fully in the accompanying Memorandum: (1) the complaint violates Rule 8 because it lacks a short and plain statement of Plaintiff's claims and its allegations are not simple, concise, and direct; (2) the complaint violates Rule 10 because it fails

to name at least two parties and fails to state Plaintiff's claims in separately numbered paragraphs; (3) the claim for fraudulent inducement fails to satisfy Rule 9(b)'s requirement that the circumstances alleging fraud be stated with particularity; and (4) Plaintiff failed to properly serve MIT, in violation of Rule 4.

In support of their motion, Defendants submit the accompanying Memorandum.

August 30, 2023

MASSACHUSETTS INSTITUTE OF TECHNOLOGY and JOHN ROE,

*/s/ Daryl J. Lapp*
Daryl J. Lapp, BBO# 554980
daryl.lapp@lockelord.com
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts  02199
617.239.0100

## CERTIFICATE OF SERVICE

On August 30, 2023, I caused a copy of the foregoing document to be served the plaintiff Jane Roe by electronic mail.

/s/ *Daryl J. Lapp*
Daryl J. Lapp

## LOCAL RULE 7.1 CERTIFICATION

I certify that I have attempted to confer with Plaintiff Jane Doe in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ *Daryl J. Lapp*
Daryl J. Lapp