FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS** PM 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| JANE DOE (pseudonym),<br><br>        Plaintiff,<br>    v.<br><br>JOHN ROE (a pseudonym),<br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br>        Defendants. | Civil Action No.: 1:23-cv-11935-JCB |

## PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Jane Doe ("Plaintiff") hereby moves, with the consent of Defendants, to extend the deadline for Plaintiff to submit a response to Defendants' Motion to Dismiss (Docket #7) by thirty (30) days until October 20, 2023.  Plaintiff's response is presently due September 20, 2023.

Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge time periods prescribed by the rules. This motion for extension of time is not interposed for purposes of delay, and no prejudice will result from granting this motion. Plaintiff, a self-represented party, is in the process of retaining counsel, whose assistance she seeks to respond effectively to Defendants' Motion to Dismiss. Furthermore, this extension will facilitate the completion of Plaintiff's legal name change in state court, which prompted Plaintiff's initial filing under a pseudonym and forms one of the bases for Defendants' Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests that the Court grant this assented-to motion for extension of time, until October 20, 2023, by which Plaintiff may respond to the above-referenced motion.

Respectfully submitted,

Dated: September 18, 2023

JANE DOE

/s/ Jane Doe

Jane Doe

(617) 826-9435

411 Walnut Street # 21341
Green Cove Springs, FL 32043-3443

23cv11935jcb@proton.me

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred via email with Daryl Lapp, counsel for Defendants, regarding this motion and that he has stated that Defendants do not intend to oppose this motion.

/s/ Jane Doe

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed in person with the Clerk of the Court on September 18, 2023, will be served by email on Defendants' counsel on September 18, 2023 pursuant to the written consent of Defendants' attorney.

/s/ Jane Doe