UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (a pseudonym),<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN ROE (a pseudonym), and<br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br>      Defendants | Civil Action No.: 1:23-cv-11935-JCB |

**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

The defendants Massachusetts Institute of Technology ("MIT") and John Roe move to dismiss Plaintiff's First Amended Complaint because it fails to name all parties, including the Plaintiff, in violation of Fed. R. Civ. P. 10(a).  In support of their motion, the defendants submit the accompanying memorandum.

                            MASSACHUSETTS INSTITUTE OF
                            TECHNOLOGY and JOHN ROE,

                            */s/ Daryl J. Lapp*
                            Daryl J. Lapp, BBO# 554980
                              daryl.lapp@lockelord.com
                            Margaret Brown, BBO# 712003
                              margaret.brown@lockelord.com
                            LOCKE LORD, LLP
                            111 Huntington Avenue, 9th Floor
                            Boston, Massachusetts  02199
                            617.239.0100

November 20, 2023

**Certificate of Compliance with Rule 7.1**

      As counsel for the defendants, I certify that I have conferred with the plaintiff in a good-faith effort to resolve or narrow the issues presented by this motion.

                                              /s/ *Daryl J. Lapp*
                                              Daryl J. Lapp

**Certificate of Service**

      On November 20, 2023, I caused a copy of the foregoing document to be served upon the plaintiff by first-class mail.

      /s/ *Daryl J. Lapp*
      Daryl J. Lapp

135344332v.1