UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (pseudonym),<br><br>    Plaintiff,<br>v.<br><br>JOHN ROE (a pseudonym),<br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br>    Defendants. | Civil Action No.: 1:23-cv-11935-JCB |

### PLAINTIFF'S MOTION FOR A FIVE-DAY EXTENSION
### TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Jane Doe hereby respectfully submits this Motion for a Five-Day Extension to Respond to Defendants' Motion to Dismiss. Plaintiff states as follows:

1.  Plaintiff's current deadline to serve a response to Defendants' pending Motion to Dismiss is December 7, 2023, and Plaintiff requests to file the response on December 12, 2023.

2.  There is good cause for granting this request: Plaintiff is primary caregiver for an immediate family member who has had an emergency hospitalization on December 6, 2023 and a previous emergency hospitalization on November 28, 2023 with inpatient treatment through December 2, 2023. Both events were unforeseen and have limited the ability of Plaintiff, currently self-represented, to respond to Defendants' motion.

3.  The extension will neither prejudice Defendants nor, per Plaintiff's best understanding, alter the overall schedule with a hearing on the same scheduled in January.

WHEREFORE, Plaintiff respectfully requests that the Court grant this extension by which Plaintiff may respond to the above-referenced motion by December 12, 2023.

Respectfully submitted,

Dated: December 7, 2023

JANE DOE

/s/ Jane Doe_____

Jane Doe

(617) 826-9435

411 Walnut Street # 21341
Green Cove Springs, FL 32043-3443

23cv11935jcb@proton.me

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed in person with the Clerk of the Court on December 7, 2023, will be served by first-class mail on Defendants' counsel on December 7, 2023, with an additional copy sent by email.

      /s/ Jane Doe_____