UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (pseudonym),<br><br>    Plaintiff,<br>v.<br><br>JOHN ROE (a pseudonym),<br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br>    Defendants. | Civil Action No.: 1:23-cv-11935-JCB |

### PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF THREE DAYS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Jane Doe hereby respectfully submits this Motion for a Second Extension of Three Days to Respond to Defendants' Motion to Dismiss until December 15, 2023.

Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge time periods prescribed by the rules. This motion for extension of time is not interposed for purposes of delay and no prejudice will result from granting this motion.

The Plaintiff states as follows:

1. This Honorable Court granted the Plaintiff a five-day extension, equivalent to three business days, to file an Opposition to Defendants' Motion to Dismiss due to a family medical emergency, setting the new deadline to December 12, 2023.

2. As of today, December 14, 2023, the extended deadline has passed by two days.

3. The Plaintiff hereby explains the circumstances causing her to miss that deadline and respectfully requests this Honorable Court's permission to file and serve the Opposition by December 15, 2023.

4. The Plaintiff initially requested a five-day extension due to a second hospitalization of a family member for internal bleeding. During this hospitalization, the family member unexpectedly developed sepsis, significantly increasing the Plaintiff's caregiving responsibilities.

5. The severity of these medical issues required the Plaintiff's continuous presence at the hospital, impeding her ability to meet the original deadline due to the combined stress, fatigue, and time constraints.

6. Although the Plaintiff anticipates retaining counsel for this case, she is presently self-represented as she finalizes an engagement. Therefore, due to ethical restrictions against ghostwriting, she had no option for attorney assistance in drafting the Opposition.

7. The Plaintiff could not request a specific second extension before the December 12 deadline due to the uncertain timeline of the medical emergency. She does so now, at the earliest opportunity, on December 14, 2023.

8. The emergency has stabilized, with the family member now in stable condition and another relative arriving to assist with caregiving. The Plaintiff can now ensure courier hand-delivery of the Opposition to the Clerk of Courts by December 15, 2023 for filing.[1]

9. The Plaintiff is also prepared to serve the Opposition by courier hand-delivery to Defendants' counsel or a representative at their law firm on December 15, 2023.

10. Therefore, the Plaintiff requests an extension of time to file and serve the Opposition by December 15, 2023, for the good cause stated above.

11. This modification will not affect the overall schedule, as the next event is a hearing scheduled for January 2024.

---

[1] Plaintiff is not authorized to use the Court's electronic filing system while not represented by an attorney.

12. To prevent prejudice to the Defendants, the Plaintiff has informed Defendants' counsel that she will not oppose any schedule adjustments they seek due to this delay, provided they are acceptable to the Court.

13. Anticipating potential counterarguments from Defendants, the Plaintiff notes that this request for an extension is minimal and necessary under the circumstances. The Plaintiff has communicated her willingness to accommodate any reasonable schedule adjustments proposed by Defendants to mitigate any potential impact of this delay.

14. The Plaintiff respects this Honorable Court's deadlines and orders and has striven to comply with them. Acknowledging the seriousness of this deadline, she intends to submit supporting medical documentation and an affidavit to accompany this motion, seeking leave to file these documents on December 18, 2023, one business day after filing the Opposition.

15. For the good cause shown and without causing prejudice to the Defendants, the Plaintiff respectfully requests this Honorable Court's permission to file and serve her Opposition to Defendants' Motion to Dismiss by courier hand-delivery by December 15, 2023.

WHEREFORE, Plaintiff respectfully requests that the Court grant this extension, allowing the Plaintiff to respond to the above-referenced motion by courier hand-delivery by December 15, 2023.

Respectfully submitted,

Dated: December 14, 2023

JANE DOE

/s/ Jane Doe_____

Jane Doe

(617) 826-9435

411 Walnut Street # 21341
Green Cove Springs, FL 32043-3443

23cv11935jcb@proton.me

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed in person with the Clerk of the Court on December 14, 2023, will be served by first-class mail on Defendants' counsel on December 14, 2023, with an additional copy sent by email.

              /s/ Jane Doe