UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (pseudonym),<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN ROE (a pseudonym),<br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br>　　　　Defendants. | Civil Action No.: 1:23-cv-11935-JCB |

## PLAINTIFF'S OPPOSITION TO
## DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

　　　　Plaintiff Jane Doe hereby opposes the Defendants' Motion to Dismiss the First Amended Complaint. In support of her opposition, the Plaintiff submits the accompanying memorandum. For the reasons detailed therein, the Plaintiff respectfully requests that this Court:

　　　　1.　　Deny Defendants' Motion to Dismiss;

　　　　2.　　In lieu of dismissal pursuant to Fed. R. Civ. P. 10(a), and as discussed in Doe v. Mass. Inst. of Tech. (1st Cir. Aug. 24, 2022), consider a Motion to Proceed Under Pseudonym ("Pseudonym Motion") to be submitted by the Plaintiff on December 18, 2023; and

　　　　3.　　Should this Court deny the Pseudonym Motion, grant the Plaintiff fourteen (14) days to decide whether to continue the case using her real name.

Respectfully submitted,

Dated: December 15, 2023

JANE DOE

/s/ Jane Doe

Jane Doe
(617) 826-9435
411 Walnut Street # 21341
Green Cove Springs, FL 32043-3443

23cv11935jcb@proton.me

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred via telephone and email with Daryl Lapp, Counsel for Defendants, regarding this motion and did not reach a full consensus about the use of pseudonyms in this case.

/s/ Jane Doe_____
Jane Doe

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed in person with the Clerk of the Court on December 15, 2023, will be served by hand-delivery to Defendants' counsel's law firm on December 15, 2023, with an additional copy sent by email.

/s/ Jane Doe_____
Jane Doe