UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (a pseudonym),<br><br>      Plaintiff,<br><br>v.<br><br>JOHN ROE (a pseudonym),<br>MASSACHUSETTS INSTITUTE<br>OF TECHNOLOGY,<br><br>      Defendants. | :<br>:<br>:<br>:<br>: Civil Action No.: 1:23-cv-11935-JCB<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEARANCE

I hereby withdraw my appearance on behalf of defendants, John Roe (a pseudonym) and Massachusetts Institute of Technology in the above matter.

Dated:  December 18, 2023                     Defendants,

                                              MASSACHUSETTS INSTITUTE OF
                                              TECHNOLOGY and JOHN ROE,

                                              */s/ Samantha M. Vasques*
                                              Daryl J. Lapp, BBO# 554980
                                              daryl.lapp@lockelord.com
                                              Samantha M. Vasques, BB0# 691957
                                              samantha.vasques@lockelord.com
                                              LOCKE LORD, LLP
                                              111 Huntington Avenue, 9th Floor
                                              Boston, Massachusetts  02199
                                              617-230-0100

**CERTIFICATE OF SERVICE**

      I certify that on December 18, 2023, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, as follows:

Jane Doe (a pseudonym) – by electronic and first-class mail

                                                      /s/ *Samantha M. Vasques*
                                                      Samantha M. Vasques