UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (a pseudonym),<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROE (a pseudonym), and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Defendants. | Civil Action No.: 1:23-cv-11935-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Barbara A. Robb, Esq. as counsel for Defendant John Roe in the above-captioned matter on Count Sixteen of Plaintiff's First Amended Complaint.

Dated: March 1, 2024

 /s/ Barbara A. Robb
Barbara A. Robb (BBO #639976)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
(617) 723-8000
brobb@hmrhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024 I caused the foregoing document to be filed through the Court's CM/ECF system, which will send notification of such filing electronically to all registered participants.

*/s/ Barbara A. Robb*
