UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (a pseudonym),<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROE (a pseudonym), and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Defendants. | Civil Action No.: 1:23-cv-11935-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Austin W. Smith, Esq. as counsel for Defendant John Roe in the above-captioned matter on Count Sixteen of Plaintiff's First Amended Complaint.

Dated: March 1, 2024

 */s/ Austin W. Smith*
Austin W. Smith (BBO #707740)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
(617) 723-8000
asmith@hmrhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024 I caused the foregoing document to be filed through the Court's CM/ECF system, which will send notification of such filing electronically to all registered participants.

*/s/ Austin W. Smith*