UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (a pseudonym),<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JOHN ROE (a pseudonym), and<br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br>　　　　Defendants. | Civil Action No.:  1:23-cv-11935-WGY |

**NOTICE OF APPEARANCE**

Please enter the appearance of Patrick J. Hannon, Esq. as counsel for Defendant John Roe

in the above-captioned matter on Count Sixteen of Plaintiff's First Amended Complaint.

Dated:  March 1, 2024

　*/s/ Patrick J. Hannon*
Patrick J. Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
(617) 723-8000
phannon@hmrhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2024 I caused the foregoing document to be filed through the Court's CM/ECF system, which will send notification of such filing electronically to all registered participants.

*/s/ Patrick J. Hannon*