UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (a pseudonym),<br><br>    Plaintiff,<br><br>v.<br><br>JOHN ROE (a pseudonym), MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Defendants. | Civil Action No. 1:23-cv-11935-WGY |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of defendants, John Roe (a pseudonym) and Massachusetts Institute of Technology in the above matter.

Dated: April 23, 2024

Defendants,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY AND JOHN ROE

/s/ Margaret C. Brown
Margaret C. Brown (BBO #712003)
margaret.brown@lockelord.com
111 Huntington Avenue 9th Floor
Boston, MA  02199-7613
Tel:  617-239-0100
Fax:  617-227-4420

## CERTIFICATE OF SERVICE

I certify that on April 23, 2024, this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, as follows:
Jane Doe (a pseudonym) by first-class mail.

/s/ Margaret C. Brown
Margaret C. Brown

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (a pseudonym),<br><br>  Plaintiff,<br><br>v.<br><br>JOHN ROE (a pseudonym), MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>  Defendants. | Civil Action No. 1:23-cv-11935-WGY |

## NOTICE OF APPEARANCE

I hereby enter my appearance on behalf of defendants, John Roe (a pseudonym) and Massachusetts Institute of Technology in the above matter.

                                        Defendants,

                                        MASSACHUSETTS INSTITUTE OF
                                        TECHNOLOGY AND JOHN ROE

Dated: April 23, 2024

                                        _____
                                        Margaret C. Brown (BBO #712003)
                                        margaret.brown@lockelord.com
                                        111 Huntington Avenue 9th Floor
                                        Boston, MA  02199-7613
                                        Tel:  617-239-0100
                                        Fax:  617-227-4420

## CERTIFICATE OF SERVICE

I certify that on April 23, 2024, this document, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, as follows:
Jane Doe (a pseudonym) by first-class mail.

                                        _____
                                        Margaret C. Brown