**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JANE DOE
**Plaintiff**

                                                    CIVIL ACTION
V.                                         NO. 23cv11935-WGY

JOHN ROE ET AL
**Defendants**

**ORDER OF DISMISSAL**

**YOUNG D.J.**,

    In accordance with the Court's ELECTRONIC ORDER entered on March 13, 2024, it is hereby ORDERED that above-entitled action be and hereby is DISMISSED.

                                         By the Court,

                                         **/s/Matthew A. Paine**

                                         Deputy Clerk

April 25, 2024