UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE (a pseudonym),<br><br>    Plaintiff,<br>v.<br><br>JOHN ROE (a pseudonym) and<br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br>    Defendants. | Civil Action No. 1:23-cv-11935 |

### NOTICE OF APPEAL

Notice is hereby given that Jane Doe, plaintiff in the above-named case, appeals to the United States Court of Appeals for the First Circuit from an order of the United States District Court for the District of Massachusetts denying Plaintiff's motion to proceed using a pseudonym and conditionally dismissing the action. This order was issued from the bench at the hearing held on March 13, 2024, as referenced in the Electronic Clerk's Notes dated March 13, 2024 (Doc. No. 13).

The order was not entered as a separate document. Pursuant to Federal Rule of Civil Procedure 58(c)(2)(B), it is considered to have been entered on August 10, 2024.

Plaintiff continues to use a pseudonym in this filing, consistent with *Doe v. Massachusetts Institute of Technology*, 46 F.4th 61 (1st Cir. 2022). Pursuant to L.R., D. Mass. 7.2, an unredacted copy of the state court summons stating the parties' real names should have been filed under seal with this Court at the initiation of the federal case upon removal from Massachusetts Superior Court. The plaintiff will comply with any court orders regarding the filing of names under seal, should such orders be issued.

Respectfully submitted,

*/s/ Jane Doe*
Jane Doe, Pro Se Plaintiff

Dated: September 9, 2024

411 Walnut St.
Green Cove Springs, FL 32043-3443
jane.doe.cv11935@gmail.com
(617) 798-0945

## CERTIFICATE OF SERVICE

I, Jane Doe, hereby certify that on September 9, 2024, I caused true and correct copies of the foregoing Notice of Appeal to be served as follows:

Via first-class mail, postage prepaid, upon:

>   Daryl J. Lapp, Esq.
>   Locke Lord LLP
>   111 Huntington Avenue
>   Boston, MA 02199

Via courier hand delivery, three copies to:

>   Clerk of Courts
>   United States District Court for the District of Massachusetts
>   John Joseph Moakley U.S. Courthouse
>   1 Courthouse Way, Suite 2300
>   Boston, MA 02210

*/s/ Jane Doe*
Jane Doe, Pro Se Plaintiff

Dated: September 9, 2024