**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: Doe v. Roe et al

District Court Number: 23cv11935-WGY

---

Fee: Paid? Yes ____ No _X_   Government filer ____   *In Forma Pauperis* Yes ____ No ____

---

Motions Pending   Yes ____ No _X_         Sealed documents   Yes _X_ No ____
If yes, document # _____            If yes, document # 26

*Ex parte* documents   Yes ____ No _X_     Transcripts   Yes ____ No _X_
If yes, document # _____            If yes, document # _____

---

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#34 Electronic Clerk's Notes/Order, #36 Order of Dismissal

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#34, #36, and #38

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __38__ filed on September 9, 2024.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 10, 2024.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**