# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Doe v. Roe et al__

District Court Case No. __1:23-cv-11935-WGY__   District of __Massachusetts__

Date Notice of Appeal filed __9/17/2024__   Court of Appeals Case No. __24-128__

Form filed on behalf of __Jane Doe (a pseudonym), Appellant__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __Richard Romanow__

Phone Number of Reporter __Not provided to me; email address was provided by Mr. Paine, Docket Clerk and Appeals Coordinator__

A. ✔ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) Hearing re: Pseudonym | March 13, 2024 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✔ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary

Filer's name __Jane Doe (a pseudonym)__   Filer's Signature __/s/ Jane Doe__

Firm/Address __n/a__   Filer's Email address __jane.doe.cv11935@gmail.com__

Telephone number __(617) 798-0945__   Date mailed to court reporter __October 1, 2024__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)   SEE INSTRUCTIONS ON REVERSE

## **CERTIFICATE OF SERVICE**

I, Jane Doe, hereby certify that on October 1, 2024, I caused true and correct copies of the foregoing Transcript Order Form to be served as follows:

Via first-class mail, postage prepaid, upon:

> Daryl J. Lapp, Esq.
> Locke Lord LLP
> 111 Huntington Avenue
> Boston, MA 02199

Via courier hand delivery, copies to:

> Clerk of Courts
> United States District Court for the District of Massachusetts
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, MA 02210
>
> Anastasia Dubrovsky
> Clerk of Courts
> United States Court of Appeals for the First Circuit
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2500
> Boston, MA 02210

/s/ *Jane Doe*
Jane Doe, Appellant
Dated: October 1, 2024