UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2025 APR -9 PM 4: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

JANE DOE (pseudonym),

    Plaintiff,

v.

JOHN ROE (a pseudonym),
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

    Defendants.

Civil Action No.: 1:23-cv-11935-WGY

## NOTICE OF CORRECTION IN DOC. NO. 47

Plaintiff Jane Doe respectfully submits this Notice regarding minor clerical errors in the Motion to Intervene and for Miscellaneous Relief (Doc. No. 47) filed on April 2, 2025:

1. The Motion contained these non-substantive errors: (a) Incorrect hearing date ("March 18" instead of "March 13"); (b) Certificate of Service omitted from Court filing (though properly served on Defendants); and (c) Year stated as "2024" instead of "2025" in Certificate signature block.

2. These errors are correctable clerical mistakes. See *Fed. R. Civ. P.* 60(a).

3. Attached are: **Exhibit A (Corrected Motion)**; Exhibit B (Redline showing Motion corrections); and Exhibit C (Redline showing Certificate corrections). Plaintiff respectfully requests the Court accept these corrected documents for the record.

Respectfully submitted,

/s/ Jane Doe
Jane Doe, pro se Plaintiff
411 Walnut St.
Green Cove Springs, FL 32043
jane.doe.cv11935@gmail.com
(617) 798-0945

Dated: April 9, 2025

## CERTIFICATE OF SERVICE

I certify that on April 9, 2025, I caused a copy of this Notice and attached Exhibits to be served via first-class mail upon Daryl J. Lapp, Esq., Locke Lord LLP, 111 Huntington Avenue, Boston, MA 02199, and via courier hand-delivery to the Clerk of Courts, U.S. District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210.

/s/ Jane Doe
Jane Doe, pro se Plaintiff