FILED
IN CLERKS OFFICE
2025 APR -9 PM 4: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

# EXHIBIT C

**CERTIFICATE OF SERVICE**

I, Jane Doe, hereby certify that on April 2, 2025, I caused true and correct copies of the foregoing Motion to be served as follows on behalf of myself and John Doe, nonparty moving to intervene in the action, as follows:

Via first-class mail, postage prepaid, upon:

>Daryl J. Lapp, Esq.
>Locke Lord LLP
>111 Huntington Avenue
>Boston, MA 02199

Via courier hand delivery, three copies to:

>Clerk of Courts
>United States District Court for the District of Massachusetts
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 2300
>Boston, MA 02210

*/s/ Jane Doe*
Jane Doe, Pro Se Plaintiff

Dated: April 2, 2025    [Deleted: 2024]

1