# United States Court of Appeals
## For the First Circuit

No. 25-1465

JANE DOE, (a pseudonym),

Plaintiff - Appellant,

v.

JOHN ROE, (a pseudonym); MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Defendants - Appellees.

---------------

JOHN DOE, (a pseudonym),

Interested Party - Appellant.

**MANDATE**

Entered: April 14, 2026

In accordance with the judgment of March 23, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jane Doe
John Doe
Patrick J. Hannon
Daryl J. Lapp
Nathalie Vega Orlandini
Barbara A. Robb